Decided July 23, 1998

**JOEL HEBERT *v.* RWA, INC., ET AL.**

The petition of the defendant William Hansen, doing business as Hansen Brothers General Contractors, for certification for appeal from the Appellate Court, 48 Conn. App. 449 (AC 17214), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Brian E. Prindle,* in support of the petition.

*Michelle D. Truglia,* assistant attorney general, in opposition.

Decided July 23, 1998